**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-EASTERN DISTRICT**

In the Matter of:

                                           Case No. 10-76962

Joseph Palermo and,                        Chapter 7
Michele Palermo                         Honorable Thomas J. Tucker

          Debtor(s).

_____/

## <u>NOTICE OF UNCLAIMED DIVIDENDS</u>

TO THE CLERK OF THE COURT:

       The attached check in the amount of **$217.37** represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the Party entitled to these unclaimed dividends is as follows:

| (Creditor) | (Claim No.) | (Amount) |
|---|---|---|
| 1. U.S. Department of Education<br>P.O. Box 65128<br>Saint Paul, MN 55165 | 7 | $217.37 |
| | **Total:** | **$217.37** |

Dated: October 27, 2011               /s/ Michael A. Stevenson
                                         Michael A. Stevenson, Trustee
                                         Stevenson & Bullock, P.L.C.
                                         26100 American Drive, Suite 500
                                         Southfield, MI 48034
                                         (248) 354-7906
                                         mstevenson@sbplclaw.com